**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Caption:

MS. LISA M. CALHOUN -WALKER
______________________________
*Full name(s) of Plaintiff(s)*

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

v.

CIVIL ACTION NO.__________

Warner Bros. Discovery, Inc. - THE ULTIMATE PARENT OF HBO AND WARNERMEDIA (WBD) / TASKER PRODUCTIONS, LLC ~~NA NA~~ ~~to~~ RANDOM PRODUCTIONS, LLC.
*Full name(s) of Defendant(s)*

This action is brought for discrimination in employment pursuant to (check only those that apply):

__✓__ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
***NOTE:** In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

__✓__ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
***NOTE:** In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

____ Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
***NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

____ Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

13-LISA CALHOUN-WALKER/EEOC # 530.2024.06837

(Rev. 10/2009)

***NOTE:** In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

**I. Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name: MS. LISA M. CALHOUN-WALKER
Street Address: 30 W. 141 ST, # 3P
County, City: NEW YORK (MANHATTAN)
State & Zip: NEW YORK 10037
Telephone Number: 516.428.5289

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page. Attach additional sheets of paper as necessary.

Defendant
Name: WARNER BROS. DISCOVERY, INC., - THE ULTIMATE PARENT OF HBO AND WARNERMEDIA (WBD)
Street Address: 230 PARK AVE. SOUTH / c/o ANJANETTE CABRERA
County, City: NEW YORK / 45 MAIN STREET, STE. 206
State & Zip: NEW YORK 10003 / BROOKLYN, NEW YORK 11201
Telephone Number: 212 548.5555

C. The address at which I sought employment or was employed by the defendant(s) is:

ALSO DEFENDANT →
Employer: TASKER PRODUCTIONS, LLC (FORMERLY RANDOM PRODUCTIONS, LLC) A SUBSIDIARY OF WBD
Street Address: NA NA 10 CAMPUS BLVD. / c/o DIANE NANCE
County, City: NEWTOWN SQUARE / 1 HEWITT SQUARE
State & Zip: PENNSYVANIA 19073 / E. NORTHPORT, N.Y. 11731
Telephone Number:

**II. Statement of the Claim**

A. The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

____ Failure to hire me
✓ Termination of my employment
✓ Failure to promote me (LIST MY PROPER TITLE ON OFFICIAL RECORDS)

14- LISA CALHOUN-WALKER / EEOC # 530.2024.06837

____ Failure to reasonably accommodate my disability

____ Failure to reasonably accommodate my religion

____ Failure to stop harassment

____ Unequal terms and conditions of my employment

____ Retaliation

____ Other (*specify*): ____________________

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B. It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month)__________, (day)________, (year)________.

C. I believe that the defendant(s) (check one):

✓ is still committing these acts against me.

____ is **not** still committing these acts against me.

D. Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

✓ race AFRICAN DESCENT ✓ color BLACK (AMERICAN)

____ religion ____________ ____ gender/sex ____________

✓ national origin AFRICAN AMERICAN

✓ age My date of birth is 07/20/1965 (*Give your date of birth only if you are asserting a claim of age discrimination)*

E. The facts of my case are as follow (*attach additional sheets of paper as necessary):*

See attached complaint following this page.

15- USA CALHOUN-WALKER/EEOC# 530-2024-06887

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

LISA M. CALHOUN-WALKER,

Plaintiff,

v.

WARNER BROS. DISCOVERY, INC.
The Ultimate Parent of HBO and WARNERMEDIA (WBD)
RANDOM PRODUCTIONS, LLC;
TASKER PRODUCTIONS, LLC;

Defendants.

Civil Action No.:

__________________

JURY TRIAL DEMANDED

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION AND RETALIATION**

(Title VII of the Civil Rights Act of 1964 and Age Discrimination in Employment Act)

Plaintiff Lisa M. Calhoun-Walker alleges as follows:

## I. NATURE OF ACTION AND JURISDICTION

1. This action arises from Plaintiff's employment on the HBO television production TASK from February 20, 2024, until her termination on June 5, 2024. Plaintiff alleges discrimination on the basis of race, color, age and retaliation for reporting it through official complaint channels. The disputed treatment included unequal access to job duties and information, repeated disciplinary accusations, and termination.
2. This Court has subject-matter jurisdiction under 28 U.S.C. § 1331, Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2, 2000e-3 and 2000e-5, and the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 623 and 626.
3. Plaintiff filed EEOC Charge No. 530-2024-06837, signed January 6, 2025, alleging discrimination based on race, color, age, and retaliation. The EEOC issued a Determination and Notice of Rights dated August 6, 2026. Plaintiff brings this action following that notice.

## II. PARTIES

4. Plaintiff Lisa M. Calhoun-Walker is a Black woman born in 1965 and was older than 40 throughout the events alleged. She is a member of IATSE Local 52 and was engaged for TASK as a New York distant hire. Filming and the on-location property-department work described below occurred in the Philadelphia, PA area.
5. Defendant Random Productions, LLC ("Random") was identified in the employer's EEOC response as the production employer at the beginning of Plaintiff's assignment, before the March 18, 2024 transition to Tasker Productions, LLC.

16- LISA CALHOUN WALKER/EEOC# 530.2024.06837

6. Defendant Tasker Productions, LLC ("Tasker") was identified in that response as Plaintiff's production employer after the March 18, 2024 transition and through the June 5, 2024 termination.
7. Defendant Home Box Office, Inc. ("HBO") engaged the production company for TASK. Plaintiff alleges that HBO, through personnel acting for it or related companies, participated in decisions concerning her complaints and discipline.
8. Defendant WarnerMedia Services, LLC ("WarnerMedia") was identified as the entity engaged to provide legal and human-resources services to TASK. WarnerMedia-related HR and investigation personnel received and addressed Plaintiff's discrimination complaints and the resulting workplace proceedings.
9. Defendant Warner Bros. Discovery, Inc. ("WBD") was described in the employer's EEOC response as the ultimate parent of HBO and WarnerMedia and designated as the "Respondent" for that response. Plaintiff alleges that WBD and related personnel exercised control over or materially influenced the challenged employment actions through the complaint-investigation and disciplinary process. Plaintiff alleges responsibility based on such conduct, not solely on corporate affiliation.
10. Plaintiff alleges, on information and belief, that Defendants exercised or shared control over the employment practices challenged here.

### III. FACTUAL ALLEGATIONS

11. On December 11, 2023, Property Master Susannah McCarthy discussed the anticipated "truck position" with Plaintiff by text. On February 20, 2024, McCarthy informed Plaintiff that "the truck is your domain, as the truck person."
12. As explained to Plaintiff, her assigned responsibilities included receiving and organizing property-department items on the truck, maintenance of prop storage in episode bins, maintenance of HERO bins, preparing advance-day bins, overseeing or assisting with background-actor and vehicle propping, coordinating with property-department supervisors regarding upcoming work, and assisting with set up and breakdown of production villages (directors chairs, etc.).
13. Although Plaintiff was occasionally allowed to perform truck-person duties, call sheets identified her as a props assistant, additional props worker, and TBD. Sometimes, she had to seek guidance because she was listed in more than one location. Plaintiff initially accepted a third-position pay rate, which was later increased (after production name change 3/18/2024. Upon termination, Plaintiff received a larger-than-usual paycheck, which she believes may have included retroactive compensation.
14. Plaintiff alleges that other crew members, including Jimmy Kelleher and later Cameron Blount, received truck-related assignments or information directly from McCarthy and performed portions of the duties previously assigned to Plaintiff. Plaintiff was not consistently informed when items were moved, prepared, or transferred by those coworkers.
15. Because she was expected to locate and prepare props for filming and to know what was on the truck, Plaintiff repeatedly requested information about props, daily breakdowns, background propping, and handoffs. She alleges that essential information was often withheld, delayed, or provided to other crew members instead.
16. For example, on or about March 5, 2024, Kelleher handled background law-enforcement propping and told Plaintiff to remain on the truck. Plaintiff alleges that she was nevertheless criticized for background-propping problems.

17- LISA CALHOUN-WALKER/EEOC #530.2024.06837

17. Plaintiff was blamed for missing or misplaced props, including police hardware, Robbie's car items, ISS beer, and various hero props. She alleges that other employees sometimes moved, handled, or stored those items without telling her.

18. On or about March 7, 2024, Kelleher told Plaintiff that she was "in way over [her] head." Plaintiff alleges that coworkers received instruction and work information that she was denied and they knew this was the case while insulting her for being incompetent.

19. On March 8, 2024, Plaintiff filed an EthicsPoint complaint concerning perceived racial discrimination and a safety concern involving apparent ammunition found with replica props. Her report identified McCarthy, Jacob Cavell, and Kelleher as involved in the workplace concerns.

20. HBO/WBD HR representative Yenizel Del Castillo acknowledged the racial-discrimination allegations in writing and advised that they would be investigated. Plaintiff therefore alleges that management and HR had actual notice of her protected complaint.

21. On March 12, 2024, Plaintiff supplemented the EthicsPoint report, describing the difference between the control she had been promised over the truck and her actual exclusion from assignments, information, and materials necessary to do that job.

22. On March 15, 2024, McCarthy and a WBD human-resources representative met with Plaintiff concerning her performance. McCarthy subsequently criticized Plaintiff's adherence to instructions, timeliness, radio responsiveness, and workplace conduct.

23. Plaintiff contested these allegations and repeatedly explained that her assignments were affected by changing instructions, other crew members' control of props, and a lack of timely information. On, or about April 9th McCarthy instructs Lisa to not communicate with peers in her department regarding assets (props of a designated value). March 15 correspondence, McCarthy instructed Plaintiff to consult Kelleher for clarification and then rescinded that instruction, directing Plaintiff to seek clarification from her instead.

24. In a March 18 written response, Plaintiff expressly described the disciplinary process as feeling retaliatory and identified examples in which coworkers allegedly failed to respond to her requests or were responsible for mishandled materials.

25. On March 22, 2024, Plaintiff emailed WBD investigator Kari Green, again describing the lack of control, information, and autonomy necessary to perform her truck duties, and reporting her concern that others were being assigned her responsibilities. The email was subsequent to Plaintiff's formal racial-discrimination complaints.

26. During a March 27 telephone conversation about director and cast chairs, Plaintiff alleges that McCarthy called her "petty" when she contested blame for chair-placement mistakes. Plaintiff told McCarthy she intended to end the call, McCarthy answered "OK," and Plaintiff ended the call (CONSTANGY, BROOKS, SMITH & PROPHETE llp – EXHIBIT I).

27. McCarthy then texted Plaintiff that hanging up was inappropriate. Plaintiff replied that she had announced she was ending the call and questioned McCarthy's description of her as petty. Plaintiff alleges that McCarthy later inaccurately told participants in a disciplinary ZOOM meeting that Plaintiff had called McCarthy "petty."

28. Plaintiff alleges that McCarthy continued assigning portions of Plaintiff's truck work to other employees while holding Plaintiff responsible for missing items and delays. Plaintiff alleges that other involved employees did not receive comparable discipline.

18 - LISA CALHOUN-WALKER/EEOC# 530.2024.06837

29. On, or about March 04, 2024, McCarthy invited Plaintiff by text to attend voluntary gun-safety training planned for April 15, 2024. Plaintiff accepted in writing, replying, "Yes I do and thank you!" Plaintiff states that McCarthy did not provide the final time or location and that Plaintiff did not attend the training.

30. On April 22, 2024, WBD investigator Kari Green sent Plaintiff "Coaching & Corrective Feedback," stating that Plaintiff's discrimination complaints were not substantiated and asserting misconduct involving terms of endearment, references to HR reports, and workplace photographs. Plaintiff disputes the assertion that she continued using unwelcome terms after coworkers objected. She states that she called Jimmy Kelleher "babe" in passing and stopped when he asked. There was never any other altercations involving Lisa calling other people "babe" at any other time. I was not afforded the opportunity to defend myself against said accusers, other than the actual Jimmy Kelleher incident. The follow-up critique was embellished under false pretext as there were no others.

31. Plaintiff disputes WBD's characterization of her statements about documenting incidents and reporting workplace concerns as intimidation of coworkers. Lisa's job was non-supervisory in nature, therefore there could be no intimidation on her part.

32. On April 24, 2024, McCarthy issued Plaintiff a final performance warning during a meeting involving WBD Human Resources and a union representative. In an April 27 email titled "Performance feedback summary," McCarthy acknowledged improvement in Plaintiff's radio responsiveness but accused her of failing to follow instructions, locating props too slowly, overstepping her role, and behaving unprofessionally. The email cited incidents dated March 15, March 22, March 27, April 8, April 12, and April 16, and Plaintiff's lunch practices. Plaintiff disputes these accusations and alleges that they did not account for coworkers' handling of props, inconsistent instructions, and her contemporaneous explanations of difficulties in performing her role as the assigned Prop Truck Personnel. The email warned that failure to improve could result in termination.

33. On May 24, 2024, a solid-plug resin prop gun (not a firing replica as stated in CONSTANGY, BROOKS, SMITH & PROPHETE llp's March 17, 2025 response to EEOC Charge #530-2024-06837) fell onto a rural back-road with an inoperable bridge, due to construction (not a Philadelphia street as suggested in the same March 17, 2025 response), while coworker Naeem David was transporting a police duty belt. Plaintiff states that, after a teamster pointed out the prop, she retrieved it and returned it to the gun case (it did not lay in the street for 2 minutes as suggested in the March 17th response).

34. Defendants contend that Plaintiff failed to follow prop-gun transport procedures and that an executive producer retrieved the prop after it lay on the road for approximately two minutes. Plaintiff disputes who recovered it, how long it remained on the road, and Defendants' allocation of responsibility.

35. On June 5, 2024, Defendants terminated Plaintiff's employment, relying on the May 24 incident and her prior disciplinary record. Plaintiff alleges that significant accusations in that record were inaccurate, given under false pretext and/or unfairly attributed to her.

36. Plaintiff alleges that property-department work continued after her termination and that other employees continued performing duties previously assigned to her (Lisa's termination letter stated her position was being eliminated. This is an impossibility since the Truck position cannot be eliminated, because it is a KEY position and must be manned). Lisa lost additional work and compensation as a result.

37. Plaintiff alleges that, after she complained about racial discrimination, Defendants intensified scrutiny and discipline and ultimately terminated her on grounds she had repeatedly disputed.

19- USA CALHOUN-WALKER/EEOC #530-2024-06837

38. Plaintiff alleges that employees outside her protected racial group received work information and assignments that she was denied and were treated more favorably in comparable workplace incidents.
39. Plaintiff also alleges that her age contributed to adverse employment decisions, including termination.
40. Plaintiff suffered lost wages, lost employment opportunities, and emotional and professional harm.

## IV. CLAIMS FOR RELIEF

### COUNT ONE — Race and Color Discrimination (Title VII)

41. Plaintiff repeats and incorporates the preceding allegations. She is protected from employment discrimination because of race and color under Title VII, 42 U.S.C. § 2000e-2(a).
42. Plaintiff alleges that the responsible Defendants subjected her to less favorable terms and conditions of employment, including access to core job functions and information, professional recognition, disciplinary treatment, and termination, and that race and/or color was a motivating factor in those actions.
43. As a direct result of the alleged discriminatory conduct, Plaintiff suffered damages, including lost compensation and employment opportunities.

### COUNT TWO — Retaliation (Title VII)

44. Plaintiff repeats and incorporates the preceding allegations. Plaintiff engaged in activity protected by Title VII when she reported perceived racial discrimination through EthicsPoint on March 8, 2024, supplemented that report on March 12, 2024, and continued raising related concerns with HR and investigation personnel.
45. The relevant Defendants knew of the complaints. Plaintiff alleges that they subjected her to materially adverse treatment, including disputed escalating disciplinary actions and termination, because she raised and pursued those complaints.
46. Plaintiff alleges that the discriminatory treatment she experienced was ongoing and would have continued regardless of whether she engaged in protected activity by complaining about that treatment.

COUNT THREE — Age Discrimination (ADEA)

47. Plaintiff repeats and incorporates the preceding allegations. She was older than 40 during her TASK employment and therefore within the class protected by the ADEA, 29 U.S.C. § 623(a)(1).
48. Plaintiff alleges that her age was a but-for cause of her termination and other adverse employment decisions.

## V. PRAYER FOR RELIEF

Plaintiff requests judgment against the responsible Defendants, as permitted by applicable law, for:

A. A declaration that Defendants violated Title VII and/or the ADEA as established by the evidence;
B. Back pay, lost employment benefits, and applicable interest;
C. Front pay or other appropriate equitable relief in lieu of reinstatement, if warranted;
D. Compensatory damages for proven losses, including emotional distress, where permitted (Title VII);
E. Punitive damages where authorized and supported by the evidence (Title VII only, against eligible defendants);

20 - LISA CALHOUN-WALKER/EEOC # 530-2024-06837

F. Liquidated damages on any proven willful ADEA violation, where authorized;

G. Costs and any recoverable attorney's fees if counsel appears, as permitted by law; and

H. Any other relief the Court deems just and proper.

## VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: 11/02/2026

Respectfully submitted,

Lisa M. Calhoun-Walker, Plaintiff, pro se
30 West 141st Street, #3P
New York, NY 10037
Email: CALHL728@newschool.edu
Telephone: 516-428-5289

21 - USA CALHOUN-WALKER/EEOC# 530-2024-06837

LISA CALHOUN-WALKER
10704461

## What activity took place this period?

| | Effective Date | Dollar Amount |
|---|---|---|
| **Expenses** | | |
| Automated Third Party Payment | Jul 06, 2026 | -14.00 |
| Participant Loan Maintenance Fee | Jul 10, 2026 | -3.33 |
| Automated Third Party Payment | Aug 03, 2026 | -14.00 |
| Participant Loan Maintenance Fee | Aug 18, 2026 | -3.33 |
| Automated Third Party Payment | Sep 03, 2026 | -14.00 |
| Participant Loan Maintenance Fee | Sep 10, 2026 | -3.33 |
| **Total Expenses** | | **-51.99** |

## What is the rate of return on my retirement account(s)?

| Period | Year To Date |
|---|---|
| 07/01/2026 - 09/30/2026 | 01/01/2026 - 09/30/2026 |
| -1.04% | 6.91% |

Personalized performance information is provided to account holders as a general approximation of the overall recent performance of your account. It is calculated based on a formula which estimates the equivalent rate of return during the stated period, based on the opening balance, transaction activity including any applicable fees, and closing balance. Income received in the stated period will be included; income due but not received will be included in the following period. Performance calculations will not include loan balance. Due to the transaction activity in the account, overall performance may not equal individual performance returns published by the investment options in the plan. Past performance is not a guarantee or prediction of future investment results.

## How have the investments in my plan performed?

You can access detailed account information such as investment performance, investment allocations, transaction history, contribution details and more on your plan website at empowermyretirement.com.

For your security, please register your account online by creating a unique username and password if you haven't already. Check your account to ensure you have a current phone number and email address on file to receive important security alerts. Monitor all security alerts carefully and contact us immediately if you notice anything unusual.

This statement confirms transactions during the stated time period. You have an obligation to review all of the information carefully to confirm that we have acted on your instructions properly. You must notify Empower of any error within this statement as soon as possible. The actual benefits payable will be determined by the plan document that governs the operations of your plan. If you have any questions, inquiries or complaints concerning your benefits, please contact Empower.

47-USA CALHOUN-WALKER/EBDC#530.2024.06837

ADDR-Y 27729499409102026

LISA CALHOUN-WALKER
10704461

Some of the plan's administrative expenses for the preceding quarter may have been paid from the total annual operating expenses (investment expenses) of one or more of the plan's investment options.

Representatives of Empower do not offer or provide investment, fiduciary, financial, legal or tax advice or act in a fiduciary capacity for any client unless explicitly described in writing. Please consult with your investment advisor, attorney and/or tax advisor as needed.

**Securities, when presented, are offered and/or distributed by Empower Financial Services, Inc., Member FINRA/SIPC.** EFSI is an affiliate of Empower Retirement, LLC; Empower Funds, Inc.; and registered investment adviser, Empower Advisory Group, LLC. This material is for informational purposes only and is not intended to provide investment, legal, or tax recommendations or advice.

## ------------An Important Message about Investing for Retirement & Diversification------------

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments may help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well may cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk. In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different risk tolerances. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals. Visit the Department of Labor website at www.dol.gov/agencies/ebsa/laws-and-regulations/laws/pension-protection-act/investing-and-diversification for more information on individual investing and diversification.

## ------------An Important Message about Market Timing / Excessive Trading------------

Pursuant to SEC rules, fund companies are required to enter into agreements with intermediaries to provide fund companies with the ability to identify and enforce restrictions on participants engaging in market timing or excessive trading (prohibited trading), as defined by the fund companies. Participants engaging in prohibited trading will receive a warning and, if the prohibited trading continues, will be restricted from transferring into the identified fund(s) for a specific time period determined by the fund company. Some fund companies may restrict participants immediately, without warning when prohibited trading is identified. At the end of the restriction period, the participant will be automatically allowed to resume transfers into the identified fund(s). Transfers out of the identified fund (s) will not be restricted.

## ------------ An Important Message about your Benefit Information ------

The information in this statement is based upon the data in our files as of the statement date and is subject to adjustment due to reconciliation or verification of the data. This statement is not a guarantee of benefit amounts, and the actual benefits payable are determined by the terms of the plan. You may obtain more detailed information about your account and any distribution options that may be available to you by accessing your plan's Website and reviewing your Summary Plan Description (SPD). The amount eligible for a distribution in a lump sum may vary from the amount shown on this statement due to any account adjustments and investment activity that occur after the statement period end date. If you have any questions concerning your benefits, please contact the Service Center.

4B-LISACALHOUN-WALKER/EEOC#530.2024.06837

# LOCAL 52 401(K) PLAN

LISA CALHOUN-WALKER
10704461

- The estimated monthly payments in this statement are based on prevailing market conditions and other assumptions required under federal regulations. If you decide to purchase an annuity, the actual payments you receive will depend on a number of factors and may vary substantially from the estimated monthly payments in this statement. For example, your actual age at retirement, your actual account balance (reflecting future investment gains and losses, contributions, distributions, and fees), and the market conditions at the time of purchase will affect your actual payment amounts.

- Unlike Social Security payments, the estimated monthly payments in this statement do not increase each year with a cost-of-living adjustment. Therefore, as prices increase over time, the fixed monthly payments will buy fewer goods and services.

49 - LISA CALHOUN-WALKER / EEOC# 530.2024.06837

**BLIND FAITH PRODUCTIONS LLC**

**DAREDEVIL S3**

# Lisa Calhoun-walker

calhl728@newschool.edu

| WEEK ENDING | PRODUCTION WORK WEEK | OCCUPATION CODE | COUNTRY | STATE | CITY | UNION |
|---|---|---|---|---|---|---|
| **02-28-2026** | Monday - Friday | 2607 - SET DRESSER OPERATOR | United States | New York | New York City | IATSE 52 - IANBF - STUDIO MECHANICS |

| DAY | | DAY TYPE | CALL | FIRST MEAL OUT | FIRST MEAL IN | WRAP | RERATE | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Thursday | 02/26/26 | WORK | 6:00 AM | 12:00 PM | 12:30 PM | 4:30 PM | -- | -- |
| Friday | 02/27/26 | WORK | 6:00 AM | 12:00 PM | 12:30 PM | 4:30 PM | -- | -- |

## Allowances

*Note that allowances input by the employee are subject to approval by the production accountant or unit production manager and may be adjusted pursuant to studio and/or network allowances policies.*

**General notes for 02-28-2026**

By Signing this form, I agree that deductions from my earnings may be made to adjust previous overpayments if and when said overpayments may occur.

Lisa Calhoun-walker

03/03/2026
Date

38 - LISA CALHOUN-WALKER/EEOC #530-2024-06837

CAST & CREW®
Production Services

2300 W EMPIRE AVE FL5
BURBANK, CA 91504-3350
(818) 860-7756

DATE
01-14-2026
MM DD YYYY

REMIT TO

CALHOUN-WALKER, LISA
223 N CORONA AVE
VALLEY STREAM NY 11580

US USD sip 06:36 PST

Payroll Employer: Cast & Crew Production Services / 2300 W EMPIRE AVE FL5 / BURBANK, CA 91504-3350 / (818) 860-7756 / FEIN# 95-4774804

CALHOUN-WALKER, LISA

| SSN / Tax ID | Check Date | Check Number |
|---|---|---|
| xxx-xx-6567 | 1/14/26 | 2600006035 |

*PLEASE NOTE - CAST & CREW NOW USES* www.experianverify.com for all employment verification. Be sure to use access code "3ABC1256" when accessing the website

**WITHHOLDING STATUS**
Location: NJ
Primary Residence: NY
Resident State Filing Status - Single/0
Federal Filing Status - Single/married Filing Separately

Controlling Employer: LEMON LOOP PRODUCTIONS, LLC
5808 W SUNSET BLVD
LOS ANGELES, CA 90028

Date worked: 1/9/2026
Pay period: 01/04 - 01/10/2026

EARNINGS

SET DRESSER OPERATOR — IATSE 52 52MPIP

| Project | Week End | Invoice# |
|---|---|---|
| HERE COMES THE FLOOD (1) | 01/10/2026 | 26305289 |

| Description | Units | Rate | Amount |
|---|---|---|---|
| Straight | 8.00H | 56.025 | 448.20 |
| Time & One-half | 2.00H | 84.038 | 168.08 |
| Vacation | $448.20 | @3.000% | 13.45 |
| Total: | 10.00H | | 629.73 |

Total Hours Worked: 10.00H

TAXES/WITHHOLDING

| Description | Amount | YTD |
|---|---|---|
| FICA | 39.04 | 39.04 |
| Medicare | 9.13 | 9.13 |
| FWT | 36.37 | 36.37 |
| NJ FLI | 2.08 | 2.08 |
| NJ OST | 2.41 | 2.41 |
| NJ OST2 | 0.27 | 0.27 |
| NJ SDI | 1.45 | 1.45 |
| NJ SWT | 10.67 | 10.67 |
| NY SWT | 12.49 | 12.49 |
| Total Taxes/Withholding: | 113.91 | |

DEDUCTIONS

| Description | Amount | YTD |
|---|---|---|
| 52 Wkdues | 15.41 | 15.41 |

****************************************************
************* DIRECT DEPOSIT *************
****************************************************

| | |
|---|---|
| Gross Wages: | 629.73 |
| Taxes: | 113.91 |
| Deductions: | 15.41 |
| Net Wages: | 500.41 |

| Account Number | ABA Number | Amount |
|---|---|---|
| ******2634 | 2*******4 | 25.02 |
| ******2794 | 2*******4 | 475.39 |

YTD Gross: 629.73

Seq #2600039972 Run #26201459 Ref #1768412182

39-LISA CALHOUN-WALKER/BBCH# 530.2024.0683

ENTERTAINMENT PARTNERS ENTERPRISES LLC
2950 N HOLLYWOOD WAY,
BURBANK, CA 91505

www.ep.com (818) 955-6000 Version-12.0694.6

LISA M CALHOUN-WALKER SSN: ***-**-6567

| Mailing Address | W-2/1099 Address |
|---|---|
| 30 W 141ST ST APT 3P<br>NEW YORK, NY 10037 | 30 W 141ST ST APT 3P<br>NEW YORK, NY 10037 |

Get digital W-2s and 1099s! Go paperless at ep.com/mytaxform.

Check No: 24555975
Check Date: 12/03/2025
Batch: PCB 13964211
Ref / Inv: 00113804 / IPZ578

**PAY PERIOD**
Start: 11/23/25 End: 11/29/25
Tax / Work Days: 5 / 2
Res / Work State: NY / NY
Pens Hrs / Days: 20.0 / 0

| Tax WH | Fed | Res | Work |
|---|---|---|---|
| Status | S | MS | MS |
| W/H | 0 | 0/0 | 0/0 |

Client Labor Employer: CBS STUDIOS INC.
1575 N. GOWER ST, SUITE 6217E
HOLLYWOOD, CA 90028 (310) 858-2000

Leave :

Prod Title: ELSBETH - SEASON 3

Comments:

Payroll Note:

| Desc | Rate: Hourly | Hours | Amount |
|---|---|---|---|
| REG | 55.7744 | 16.0 | 892.39 |
| O.T. | 83.6650 | 4.0 | 334.66 |
| CURVAC | | | 26.77 |

| Taxes | Deductions | Current Amt | YTD |
|---|---|---|---|
| FED | | 114.57 | 183.09 |
| FICA-SSA | | 77.74 | 153.65 |
| FICA-MED | | 18.18 | 35.93 |
| LC52 | | 31.35 | |
| NY SDI | | 0.28 | 1.14 |
| NY WK PDLV | | 4.86 | 9.61 |
| NY ST | | 57.97 | 103.33 |
| NY NY NY CITY | | 43.16 | 76.20 |
| | DIRDP1 | 905.71 | 1,853.32 |

Union: 3F52
Occupation Title: PROPERTY PERSON

| TOTALS | Hours | Gross | FIT Taxable | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 20.0 | 1,253.82 | 1,253.82 | 348.11 | 905.71 |
| YTD: | | 2,478.15 | | 624.83 | 1,853.32 |

Unemployment Info: ENTERTAINMENT PARTNERS ENTERPRISES Tel: (818) 955-6000 State: NY Unemployment No: 51-26490

40 - USA CALHOUN-WALKER/EEOC # 530.2024.06837

**Copy**

ENTERTAINMENT PARTNERS ENTERPRISES LLC
2950 N HOLLYWOOD WAY
BURBANK, CA 91505

Non-Negotiable

| ELSBETH - SEASON 3 | | |
|---|---|---|
| Check Date | Employee No | Check Code |
| 12/03/2025 | 0cZt4Q00 | 0iFsHH!2HM |

Non-Negotiable
Non-Negotiable
Non-Negotiable
Non-Negotiable

*VOID* ADVICE ONLY * VOID * ADVICE ONLY * VOID * ADVICE ONLY *

* VOID *

* VOID *

* CHECK COPY * CHECK COPY * CHECK COPY * CHECK COPY * CHECK COPY *

Deposit Advice:

LISA M CALHOUN-WALKER
30 W 141ST ST APT 3P
NEW YORK, NY 10037

Non-Negotiable
Non-Negotiable

Non-Negotiable

ENTERTAINMENT PARTNERS ENTERPRISES LLC
5 PENN PLAZA, 10TH FLOOR
NEW YORK, NY 10001

www.ep.com (818) 955-6000 Version-12.0094.6

**LISA M CALHOUN-WALKER** SSN: ***-**-6587

| Mailing Address | W-2/1099 Address |
|---|---|
| 30 W 141ST ST APT 3P<br>NEW YORK, NY 10037 | 30 W 141ST ST APT 3P<br>NEW YORK, NY 10037 |

Get digital W-2s and 1099s! Go paperless at ep.com/mytaxform.

| | |
|---|---|
| Check No: | 46363890 |
| Check Date: | 11/25/2025 |
| Batch: | PNB 13957749 |
| Ref / Inv: | 00114106 / IPT064 |

**PAY PERIOD**

| | |
|---|---|
| Start: 11/16/25 | End: 11/22/25 |
| Tax / Work Days: | 5 / 1 |
| Res / Work State: | NY / NY |
| Pens Hrs / Days: | 10.0 / 0 |

**Client Labor Employer:** UNIVERSAL TELEVISION LLC
100 UNIVERSAL CITY PLAZA ONE UNIVERSAL, BUIL
2375, 4TH FLOOR
UNIVERSAL CITY, CA 91608 (818) 777-1000

**Prod Title:** LAW & ORDER SEASON 25

**Leave :**

| Tax WH | Fed | Res | Work |
|---|---|---|---|
| Status | S | MS | MS |
| W/H | 0 | 0/0 | 0/0 |

**Comments:**

**Payroll Note:**

| Desc | Rate: Hourly | Hours | Amount |
|---|---|---|---|
| REG | 54.0375 | 8.0 | 432.30 |
| O.T. | 81.0550 | 2.0 | 162.11 |
| MBLMIN | | | 3.00 |

| Taxes | Deductions | Current Amt | YTD |
|---|---|---|---|
| FED | | 32.49 | 68.52 |
| FICA-SSA | | 37.04 | 75.91 |
| FICA-MED | | 8.66 | 17.75 |
| LC52 | | 14.86 | |
| NY SDI | | 0.42 | 0.86 |
| NY WK PDLV | | 2.32 | 4.75 |
| NY ST | | 21.87 | 45.36 |
| NY NY NY CITY | | 15.91 | 33.04 |
| | DIRDP1 | 463.84 | 947.61 |

Union: 52HM
Occupation Title: PROPERTY PERSON

| TOTALS | Hours | Gross | FIT Taxable | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 10.0 | 597.41 | 597.41 | 133.57 | 463.84 |
| YTD: | | 1,224.33 | | 276.72 | 947.61 |

**Unemployment Info:** ENTERTAINMENT PARTNERS ENTERPRISES **Tel:** (818) 955-6000 **State:** NY **Unemployment No:** 51-26490

ENTERTAINMENT PARTNERS ENTERPRISES LLC
5 PENN PLAZA, 10TH FLOOR
NEW YORK, NY 10001

Non-Negotiable

****Copy****

| LAW & ORDER SEASON 25 | | |
|---|---|---|
| Check Date | Employee No | Check Code |
| 11/25/2025 | 0cZt4Q00 | 0e4ASu!0HX |

Non-Negotiable
Non-Negotiable
Non-Negotiable
Non-Negotiable

* VOID * ADVICE ONLY * VOID * ADVICE ONLY * VOID * ADVICE ONLY * — * VOID *

* CHECK COPY * CHECK COPY * CHECK COPY * CHECK COPY * CHECK COPY * — * VOID *

Deposit Advice:

LISA M CALHOUN-WALKER
30 W 141ST ST APT 3P
NEW YORK, NY 10037

Non-Negotiable
Non-Negotiable

Non-Negotiable

41-LISA CALHOUN-WALKER/GBTC #530.2024.06837

ep

ENTERTAINMENT PARTNERS ENTERPRISES LLC
2950 N HOLLYWOOD WAY,
BURBANK, CA 91505

www.ep.com (818) 955-6000 Version-12.0094.6

LISA M CALHOUN-WALKER SSN: ***-**-6587

| Mailing Address | W-2/1099 Address |
|---|---|
| 30 W 141ST ST APT 3P<br>NEW YORK, NY 10037 | 30 W 141ST ST APT 3P<br>NEW YORK, NY 10037 |

Get digital W-2s and 1099s! Go paperless at ep.com/mytaxform.

| | |
|---|---|
| Check No: | 24484233 |
| Check Date: | 11/19/2025 |
| Batch: | PCB 13949930 |
| Ref / Inv: | 00113804 / IPK985 |

**PAY PERIOD**

| | |
|---|---|
| Start: 11/09/25 | End: 11/15/25 |
| Tax / Work Days: | 5 / 1 |
| Res / Work State: | NY / NY |
| Pens Hrs / Days: | 10.0 / 0 |

Client Labor Employer: CBS STUDIOS INC.
1575 N. GOWER ST, SUITE 6217E
HOLLYWOOD, CA 90028 (310) 858-2000

Prod Title: ELSBETH - SEASON 3

Leave :

| Tax WH | Fed | Res | Work |
|---|---|---|---|
| Status | S | MS | MS |
| W/H | 0 | 0/0 | 0/0 |

Comments:

Payroll Note:

| Desc | Rate: Hourly | Hours | Amount |
|---|---|---|---|
| REG | 55.7750 | 8.0 | 446.20 |
| O.T. | 83.6650 | 2.0 | 167.33 |
| CURVAC | | | 13.39 |

| Taxes | Deductions | Current Amt | YTD |
|---|---|---|---|
| FED | | 36.03 | 36.03 |
| FICA-SSA | | 38.87 | 38.87 |
| FICA-MED | | 9.09 | 9.09 |
| LC52 | | 15.67 | |
| NY SDI | | 0.44 | 0.44 |
| NY WK PDLV | | 2.43 | 2.43 |
| NY ST | | 23.49 | 23.49 |
| NY NY NY CITY | | 17.13 | 17.13 |
| | DIRDP1 | 483.77 | 483.77 |

Union: 3F52
Occupation Title: PROPERTY PERSON

| TOTALS | Hours | Gross | FIT Taxable | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 10.0 | 626.92 | 626.92 | 143.15 | 483.77 |
| YTD: | | 626.92 | | 143.15 | 483.77 |

Unemployment Info: ENTERTAINMENT PARTNERS ENTERPRISES Tel: (818) 955-6000 State: NY Unemployment No: 51-26490

ep

ENTERTAINMENT PARTNERS ENTERPRISES LLC
2950 N HOLLYWOOD WAY
BURBANK, CA 91505

Non-Negotiable

**Copy**

| ELSBETH - SEASON 3 | | |
|---|---|---|
| Check Date | Employee No | Check Code |
| 11/19/2025 | 0cZt4Q00 | 0b1jnu!5-S |

Non-Negotiable
Non-Negotiable
Non-Negotiable
Non-Negotiable

| | |
|---|---|
| * VOID * ADVICE ONLY * VOID * ADVICE ONLY * VOID * ADVICE ONLY * | * VOID * |
| * CHECK COPY * CHECK COPY * CHECK COPY * CHECK COPY * CHECK COPY * | * VOID * |

Deposit Advice:

LISA M CALHOUN-WALKER
30 W 141ST ST APT 3P
NEW YORK, NY 10037

Non-Negotiable
Non-Negotiable

Non-Negotiable

42 - LISA CALHOUN-WALKER/EEOC # 530-2024-06837

CAST & CREW® Production Services

2300 W EMPIRE AVE FL5
BURBANK, CA 91504-3350
(818) 860-7756

DATE
11-12-2025
MM DD YYYY

REMIT TO

CALHOUN-WALKER, LISA
223 N CORONA AVE
VALLEY STREAM NY 11580

US USD slp 14:23 PST

Payroll Employer: Cast & Crew Production Services / 2300 W EMPIRE AVE FL5 / BURBANK, CA 91504-3350 / (818) 860-7756 / FEIN# 95-4774804

CALHOUN-WALKER, LISA

| SSN / Tax ID | Check Date | Check Number |
|---|---|---|
| xxx-xx-6567 | 11/12/25 | 2501319020 |

*PLEASE NOTE - CAST & CREW NOW USES* www.experianverify.com for all employment verification. Be sure to use access code "3ABC1256" when accessing the website

WITHHOLDING STATUS
Location: NJ
Primary Residence: NY
Resident State Filing Status - Single/0
Federal Filing Status - Single/married Filing Separately

Controlling Employer: LEMON LOOP PRODUCTIONS, LLC

5808 W SUNSET BLVD
LOS ANGELES, CA 90028

Dates worked: 11/4-6/2025
Pay period: 11/02 - 11/08/2025

EARNINGS

SET DRESSER OPERATOR IATSE 52 52MPIP

| Project | Week End | Invoice# |
|---|---|---|
| HERE COMES THE FLOOD (1) | 11/08/2025 | 25577989 |

| Description | Units | Rate | Amount |
|---|---|---|---|
| Straight | 24.00H | 56.025 | 1,344.60 |
| Time & One-half | 6.00H | 84.038 | 504.24 |
| Vacation | $1,344.60 | @3.000% | 40.34 |
| Total: | 30.00H | | 1,889.18 |

Total Hours Worked: 30.00H

TAXES/WITHHOLDING

| Description | Amount | YTD |
|---|---|---|
| FICA | 117.13 | 117.13 |
| Medicare | 27.39 | 27.39 |
| FWT | 254.35 | 254.35 |
| NJ FLI | 6.23 | 6.23 |
| NJ OST | 7.23 | 7.23 |
| NJ OST2 | 0.80 | 0.80 |
| NJ SDI | 4.35 | 4.35 |
| NJ SWT | 56.59 | 56.59 |
| NY SWT | 37.30 | 37.30 |
| Total Taxes/Withholding: | 511.37 | |

DEDUCTIONS

| Description | Amount | YTD |
|---|---|---|
| 52 Wkdues | 46.22 | 46.22 |

*****************************************
************* DIRECT DEPOSIT *************
*****************************************

| | |
|---|---|
| Gross Wages: | 1,889.18 |
| Taxes: | 511.37 |
| Deductions: | 46.22 |
| Net Wages: | 1,331.59 |

| Account Number | ABA Number | Amount |
|---|---|---|
| ******2634 | 2*******4 | 66.58 |
| ******2794 | 2*******4 | 1,265.01 |

YTD Gross: 1,889.18

Seq #2502652632 Run #25287154 Ref #1762986180

43. LISA CALHOUN-WALKER / EEOC# 530-2024-06837

44- USA CALHOUN-WALKER / EEOC# 530-2024-06837

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cleared | KANAN SEASON 3 | $ | 2341.35 | 1655 | 03/12/2023 - 03/18/2023 | 04/19/2023 | 2023 | 43214130 | PROPERTY PERSON | Production |
| Cleared | KANAN SEASON 3 | $ | 1589.28 | 1135.57 | 03/12/2023 - 03/18/2023 | 03/22/2023 | 2023 | 43156254 | PROPERTY PERSON | Production |
| Cleared | KANAN SEASON 3 | $ | 2648.8 | 1760.79 | 03/05/2023 - 03/11/2023 | 03/15/2023 | 2023 | 43141901 | PROPERTY PERSON | Production |
| Cleared | KANAN SEASON 3 | $ | 2648.8 | 1760.8 | 02/26/2023 - 03/04/2023 | 03/08/2023 | 2023 | 43126727 | PROPERTY PERSON | Production |
| Cleared | KANAN SEASON 3 | $ | 2119.04 | 1457.01 | 02/19/2023 - 02/25/2023 | 03/01/2023 | 2023 | 43111170 | PROPERTY PERSON | Production |
| Cleared | KANAN SEASON 3 | $ | 2263.52 | 1502.67 | 02/12/2023 - 02/18/2023 | 02/23/2023 | 2023 | 43098639 | PROPERTY PERSON | Production |
| Cleared | KANAN SEASON 3 | $ | 529.76 | 352.15 | 02/12/2023 - 02/18/2023 | 02/23/2023 | 2023 | 43098638 | PROPERTY PERSON | Production |
| Cleared | KANAN SEASON 3 | $ | 2119.04 | 1408.64 | 02/05/2023 - 02/11/2023 | 02/15/2023 | 2023 | 43078763 | PROPERTY PERSON | Production |
| Cleared | KANAN SEASON 3 | $ | 529.76 | 354.82 | 02/05/2023 - 02/11/2023 | 02/15/2023 | 2023 | 43078762 | PROPERTY PERSON | Production |
| Cleared | KANAN SEASON 3 | $ | 2648.8 | 1774.03 | 01/29/2023 - 02/04/2023 | 02/08/2023 | 2023 | 43064808 | PROPERTY PERSON | Production |
| Cleared | KANAN SEASON 3 | $ | 2648.8 | 1760.8 | 01/22/2023 - 01/28/2023 | 02/01/2023 | 2023 | 43050083 | PROPERTY PERSON | Production |
| Cleared | KANAN SEASON 3 | $ | 0 | 395.83 | 01/22/2023 - 01/28/2023 | 02/01/2023 | 2023 | 16165696 | PROPERTY PERSON | Production |
| Cleared | KANAN SEASON 3 | $ | 2119.04 | 1457.01 | 01/15/2023 - 01/21/2023 | 01/25/2023 | 2023 | 43034256 | PROPERTY PERSON | Production |
| Cleared | KANAN SEASON 3 | $ | 2648.8 | 1495.78 | 01/08/2023 - 01/14/2023 | 01/19/2023 | 2023 | 43022237 | PROPERTY PERSON | Production |
| Cleared | KANAN SEASON 3 | $ | 1309.52 | 838.58 | 01/01/2023 - 01/07/2023 | 01/11/2023 | 2023 | 43007953 | PROPERTY PERSON | Production |

Empower
P.O. Box 173764
Denver, CO 80217-3764

# LOCAL 52 401(K) PLAN

LISA CALHOUN-WALKER
223 NORTH CORONA AVENUE
VALLEY STREAM NY 11580

| | |
|---|---|
| **Statement Period:** | 07/01/2026 - 09/30/2026 |
| **Participant ID:** | 10704461 |
| **Plan:** | 770427-01<br>Local 52 I.A.T.S.E. 401(k) Fund (Weekly) |

*Go Paperless*: You can receive all future benefit statements and other plan notices and disclosures electronically by logging into your account online, clicking on your initials at the top of the homepage and updating your *Communication Preferences*. If you have questions, see the "Where can I go for help?" section below for website and call center contact information.

## What is my account balance?

**$13,273.78**

As of 09/30/2026

## Where can I go for help?

| | |
|---|---|
| **Website:** | empowermyretirement.com |
| **Phone:** | 1-833-569-2433 |
| **TTY:** | 1-800-345-1833 |
| **Mail:** | Empower<br>P.O. Box 173764<br>Denver, CO 80217-3764 |

## How has my account changed?

| | **Total** |
|---|---|
| **Balance as of June 30, 2026** | **$13,412.77** |
| Change in Value | -87.00 |
| Expenses | -51.99 |
| **Balance as of September 30, 2026** | **$13,273.78** |
| **Vested Balance as of September 30, 2026** | **$13,273.78** |
| Vesting information provided as of September 30, 2026 | |

## How will my future contributions be invested?

100% Vanguard Target Retire 2035 Trust II

45- LISA CALHOUN-WALKER/EEOC CHS 30.2024.06837

EMPOWER

ADDR-Y 27729499409102026

# LOCAL 52 401(K) PLAN

LISA CALHOUN-WALKER
10704461

## How is my account invested?

| Asset Allocation | Beginning Balance | Deposits | Dividends /Change in Value | Transfers | Withdrawals /Expenses | Ending Balance | Ending Units/ Shares |
|---|---|---|---|---|---|---|---|
| Vanguard Target Retire 2035 Trust II | 13,412.77 | | -87.00 | | -51.99 | 13,273.78 | 795.884 |
| **Totals** | **13,412.77** | | **-87.00** | | **-51.99** | **13,273.78** | |

## What is my vested amount?

| | Percent Vested | Vested Balance |
|---|---|---|
| Deferred Salary | 100% | $13,273.78 |
| **Total Vested Balance** | | **$13,273.78** |

## What is my loan information?

| Loan | Beginning Principal Balance | New Loans Issued | Interest Paid | Principal Paid | Total Payments | Distributed Loans | Ending Principal Balance |
|---|---|---|---|---|---|---|---|
| 10704461-2-A[2] | 4,569.38 | | | | | | 4,569.38 |
| **Totals** | **4,569.38** | | | | | | **4,569.38** |

2. Our records indicate that your loan is in default. If you are separated from service, please let us know so we may distribute your loan. You should have received a letter from us explaining the effects of a defaulted loan.

## How has my account changed over time?

| | Total |
|---|---|
| Year-To-Date Contributions: ............................ | 460.02 |
| 2025 Year-End Balance: ............................... | 11,964.67 |

46 - LISA CALHOUN-WALKER/0032C.#530.2024.0068[illegible]7

ADDR-Y 27729499409102026

CAST & CREW®
Production Services

2300 W EMPIRE AVE FL5
BURBANK, CA 91504-3350
(818) 860-7756

ATTN Check Cashing Services Call (818) 848-6022
to verify negotiability,
Office Hours M-F 8am-5pm PST,
Banks/Credit Unions: Need not Call

DATE
10-04-2026
MM DD YYYY

REMIT TO

CALHOUN-WALKER, LISA
223 N CORONA AVE
VALLEY STREAM NY 11580

26- LISA CALHOUN-WALKER / DOC# 530.2024.06837

Payroll Employer: Cast & Crew Production Services / 2300 W EMPIRE AVE FL5 / BURBANK, CA 91504-3350 / (818) 860-7756 / FEIN# 95-4774804

CALHOUN-WALKER, LISA

| SSN / Tax ID | Check Date | Check Number |
|---|---|---|
| xxx-xx-6567 | 10/4/26 | 2601059906 |

*PLEASE NOTE - CAST & CREW NOW USES* www.experianverify.com for all employment verification. Be sure to use access code "3ABC1256" when accessing the website

**WITHHOLDING STATUS**
Location: NY
Primary Residence: NY
Resident State Filing Status - Single/0
Federal Filing Status - Single/married Filing Separately

Controlling Employer: BLIND FAITH PRODUCTIONS LLC
500 S. BUENA VISTA ST.
MC 3301
BURBANK, CA 91521

Date worked: 3/7/2026
Pay period: 03/01 - 03/07/2026

EARNINGS

SET DRESSER OPERATOR IATSE 52 52MPIP

| Project | Week End | Invoice# |
|---|---|---|
| DAREDEVIL S3 (3) | 03/07/2026 | 26520718 |

DAREDEVIL S3 (Series Code: 000)

| Description | Amount |
|---|---|
| Hol Payout | 143.11 |
| Vac Payout | 93.67 |
| Total Earnings: | 236.78 |

TAXES/WITHHOLDING

| Description | Amount | YTD |
|---|---|---|
| FICA | 14.68 | 630.63 |
| Medicare | 3.43 | 147.49 |
| FWT | 0.00 | 1,310.45 |
| NJ FLI | 0.00 | 2.35 |
| NJ OST | 0.00 | 2.72 |
| NJ OST2 | 0.00 | 0.30 |
| NJ SDI | 0.00 | 1.64 |
| NJ SWT | 0.00 | 11.90 |
| NY OST | 0.00 | 1.92 |
| NY PFL | 1.02 | 36.85 |
| NY SWT | 2.30 | 476.12 |
| Total Taxes/Withholding: | 21.43 | |

DEDUCTIONS

| Description | Amount | YTD |
|---|---|---|
| 401K L52 | 35.52 | 495.54 |
| 52 Wkdues | 0.00 | 240.89 |
| Total Deductions: | 35.52 | |

***************************************
************* DIRECT DEPOSIT *************
***************************************

| | |
|---|---|
| Gross Wages: | 236.78 |
| Taxes: | 21.43 |
| Deductions: | 35.52 |
| Net Wages: | 179.83 |

| Account Number | ABA Number | Amount |
|---|---|---|
| ******2634 | 2*******4 | 8.99 |
| ******2794 | 2*******4 | 170.84 |

| | |
|---|---|
| PreNat Hours Available: | 20.00 |
| Sick Hours Available: | 2.33 |
| Total Sick Hours Accrued: | 2.33 |
| Sick Hours Accrued this Pay Period: | 0.00 |
| YTD Gross: | 10,171.60 |

Seq #2602340440 Run #26276580 Ref #1791139957

CAST & CREW®
Production Services

2300 W EMPIRE AVE FL5
BURBANK, CA 91504-3350
(818) 860-7756

ATTN Check Cashing Services Call (818) 848-6022 to verify negotiability, Office Hours M-F 8am-5pm PST, Banks/Credit Unions: Need not Call

DATE
08-03-2026
MM DD YYYY

REMIT TO

CALHOUN-WALKER, LISA
223 N CORONA AVE
VALLEY STREAM NY 11580

US USD sp 14:15 PDT 8/8 8/1

Payroll Employer: Cast & Crew Production Services / 2300 W EMPIRE AVE FL5 / BURBANK, CA 91504-3350 / (818) 860-7756 / FEIN# 95-4774804

CALHOUN-WALKER, LISA

| SSN / Tax ID | Check Date | Check Number |
|---|---|---|
| xxx-xx-6567 | 8/3/26 | 2600858602 |

Controlling Employer: SUNDAY PRODUCTIONS LLC

*PLEASE NOTE - CAST & CREW NOW USES* www.experianverify.com for all employment verification. Be sure to use access code "3ABC1256" when accessing the website

WITHHOLDING STATUS
Location: NY
Primary Residence: NY
Resident State Filing Status - Single/0
Federal Filing Status - Single/married Filing Separately

3960 WILSHIRE BLVD
LOS ANGELES, CA 90010

Date worked: 4/4/2026
Pay period: 03/29 - 04/04/2026

EARNINGS
PROPERTY PERSON - OPERATORS IATSE 52 52MPIP

| Project | Week End | Invoice# |
|---|---|---|
| SUNDAY AKA THE EXORCIST: MARTYRS (1) | 04/04/2026 | 26472950 |

| Description | Amount |
|---|---|
| Hol Payout | 123.25 |

TAXES/WITHHOLDING

| Description | Amount | YTD |
|---|---|---|
| FICA | 7.64 | 615.95 |
| Medicare | 1.79 | 144.06 |
| FWT | 0.00 | 1,310.45 |
| NJ FLI | 0.00 | 2.35 |
| NJ OST | 0.00 | 2.72 |
| NJ OST2 | 0.00 | 0.30 |
| NJ SDI | 0.00 | 1.64 |
| NJ SWT | 0.00 | 11.90 |
| NY OST | 0.00 | 1.92 |
| NY PFL | 0.53 | 35.83 |
| NY SWT | 0.00 | 473.82 |
| Total Taxes/Withholding: | 9.96 | |

DEDUCTIONS

| Description | Amount | YTD |
|---|---|---|
| 401K L52 | 0.00 | 460.02 |
| 52 Wkdues | 0.00 | 240.89 |
| Total Deductions: | 0.00 | |

*****************************************
************* DIRECT DEPOSIT *************
*****************************************

| | |
|---|---|
| Gross Wages: | 123.25 |
| Taxes: | 9.96 |
| Net Wages: | 113.29 |

| Account Number | ABA Number | Amount |
|---|---|---|
| ******2634 | 2*******4 | 5.66 |
| ******2794 | 2*******4 | 107.63 |

| | |
|---|---|
| Sick Hours Available: | 2.22 |
| Total Sick Hours Accrued: | 2.22 |
| Sick Hours Accrued this Pay Period: | 0.00 |
| YTD Gross: | 9,934.82 |

Seq #2601837303 Run #26257742 Ref #1785791727

27 - LISA CALHOUN-WALKER / EEOC# 520.2024.06837

ENTERTAINMENT PARTNERS ENTERPRISES LLC
505 EIGHTH AVENUE, SUITE 902
NEW YORK, NY 10018

www.ep.com (818) 955-6000 Version-13.0804.8

LISA M CALHOUN-WALKER SSN: ***-**-[illegible]

| Mailing Address | W-2/1099 Address |
|---|---|
| 30 W 141ST ST APT 3P<br>NEW YORK, NY 10037 | 30 W 141ST ST APT 3P<br>NEW YORK, NY 10037 |

Get digital W-2s and 1099s! Go paperless at ep.com/mytaxform.

| | |
|---|---|
| Check No: | 48112995 |
| Check Date: | 04/30/2026 |
| Batch: | PNB 14139836 |
| Ref / Inv: | 00114106 / IWV538 |

**PAY PERIOD**

Start: 11/23/25 End: 11/29/25
Tax / Work Days: 5 / 0
Res / Work State: NY / NY
Pens Hrs / Days:

| Tax WH | Fed | Res | Work |
|---|---|---|---|
| Status | S | MS | MS |
| W/H | 0 | 0/0 | 0/0 |

Client Labor Employer: UNIVERSAL TELEVISION LLC
100 UNIVERSAL CITY PLAZA ONE UNIVERSAL, BUIL
2375, 4TH FLOOR
UNIVERSAL CITY, CA 91608 (818) 777-1000
Prod Title: LAW & ORDER SEASON 25

Leave :

Comments: VH PAYOUT

Payroll Note:

| Desc | Rate: Hourly | Hours | Amount |
|---|---|---|---|
| PR HOL | | | 19.91 |
| PR VAC | | | 12.97 |

| Taxes | Deductions | Current Amt | YTD |
|---|---|---|---|
| FICA-SSA | | 2.04 | 5.84 |
| FICA-MED | | 0.48 | 1.37 |
| | DIRDP1 | 30.36 | 87.02 |

Union: 52HM
Occupation Title: PROPERTY PERSON

| TOTALS | Hours | Gross | FIT Taxable | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | | 32.88 | 32.88 | 2.52 | 30.36 |
| YTD: | | 94.23 | | 7.21 | 87.02 |

Unemployment Info: ENTERTAINMENT PARTNERS ENTERPRISES Tel: (818) 955-6000 State: NY Unemployment No: 51-26490

28 - LISA CALHOUN - WALKER / EEOC # 530.2024.06837

ENTERTAINMENT PARTNERS ENTERPRISES LLC
505 EIGHTH AVENUE, SUITE 902
NEW YORK, NY 10018

Non-Negotiable

**Copy**

| LAW & ORDER SEASON 25 | | |
|---|---|---|
| Check Date | Employee No | Check Code |
| 04/30/2026 | 0cZt4Q00 | +ySBgm!5Rl |

Non-Negotiable
Non-Negotiable
Non-Negotiable
Non-Negotiable

* VOID * ADVICE ONLY * VOID * ADVICE ONLY * VOID * ADVICE ONLY *

* VOID *
* VOID *

* CHECK COPY * CHECK COPY * CHECK COPY * CHECK COPY * CHECK COPY *

Deposit Advice:

LISA M CALHOUN-WALKER
30 W 141ST ST APT 3P
NEW YORK, NY 10037

Non-Negotiable
Non-Negotiable

Non-Negotiable

ENTERTAINMENT PARTNERS ENTERPRISES LLC
2950 N HOLLYWOOD WAY,
BURBANK, CA 91505

www.ep.com (818) 955-6000 Version-13.0694.6

LISA M CALHOUN-WALKER SSN: ***-**-6567

| Mailing Address | W-2/1099 Address |
|---|---|
| 30 W 141ST ST APT 3P<br>NEW YORK, NY 10037 | 30 W 141ST ST APT 3P<br>NEW YORK, NY 10037 |

Get digital W-2s and 1099s! Go paperless at ep.com/mytaxform.

| | |
|---|---|
| Check No: | 26507743 |
| Check Date: | 04/22/2026 |
| Batch: | PCB 14130708 |
| Ref / Inv: | 00113804 / IWM249 |

**PAY PERIOD**

| | | | |
|---|---|---|---|
| Start: | 11/23/25 | End: | 11/29/25 |
| Tax / Work Days: | 5 / 0 | | |
| Res / Work State: | NY / NY | | |
| Pens Hrs / Days: | | | |

| Tax WH | Fed | Res | Work |
|---|---|---|---|
| Status | S | MS | MS |
| W/H | 0 | 0/0 | 0/0 |

Client Labor Employer: CBS STUDIOS INC.
1575 N. GOWER ST, SUITE 6217E
HOLLYWOOD, CA 90028 (310) 858-2000

Prod Title: ELSBETH - SEASON 3

Leave :

Comments: HOLIDAY PAYOUT

Payroll Note:

| Desc | Rate: Hourly | Hours | Amount |
|---|---|---|---|
| PR HOL | | | 61.35 |

| Taxes | Deductions | Current Amt | YTD |
|---|---|---|---|
| FICA-SSA | | 3.80 | 3.80 |
| FICA-MED | | 0.89 | 0.89 |
| | DIRDP1 | 56.66 | 56.66 |

Union: 3F52
Occupation Title: PROPERTY PERSON

| TOTALS | Hours | Gross | FIT Taxable | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | | 61.35 | 61.35 | 4.69 | 56.66 |
| YTD: | | 61.35 | | 4.69 | 56.66 |

Unemployment Info: ENTERTAINMENT PARTNERS ENTERPRISES Tel: (818) 955-6000 State: NY Unemployment No: 51-26490

ENTERTAINMENT PARTNERS ENTERPRISES LLC
2950 N HOLLYWOOD WAY
BURBANK, CA 91505

Non-Negotiable

**Copy**

| ELSBETH - SEASON 3 | | |
|---|---|---|
| Check Date | Employee No | Check Code |
| 04/22/2026 | 0cZt4Q00 | +uV-Dy!2Du |

Non-Negotiable
Non-Negotiable
Non-Negotiable
Non-Negotiable

* VOID * ADVICE ONLY * VOID * ADVICE ONLY * VOID * ADVICE ONLY *

* VOID *

* CHECK COPY * CHECK COPY * CHECK COPY * CHECK COPY * CHECK COPY *

* VOID *

Deposit Advice:

LISA M CALHOUN-WALKER
30 W 141ST ST APT 3P
NEW YORK, NY 10037

Non-Negotiable
Non-Negotiable

Non-Negotiable

29 - LISA CALHOUN WALKER / EEOC # 530-2024-06837

CAST & CREW®
Production Services

2300 W EMPIRE AVE FL5
BURBANK, CA 91504-3350
(818) 860-7756

DATE
04-08-2026
MM DD YYYY

REMIT TO

US USD slp 20:45 PDT 81686/1

CALHOUN-WALKER, LISA
223 N CORONA AVE
VALLEY STREAM NY 11580

Payroll Employer: Cast & Crew Production Services / 2300 W EMPIRE AVE FL5 / BURBANK, CA 91504-3350 / (818) 860-7756 / FEIN# 95-4774804

CALHOUN-WALKER, LISA

| SSN / Tax ID | Check Date | Check Number |
|---|---|---|
| xxx-xx-6567 | 4/8/26 | 2600374997 |

*PLEASE NOTE - CAST & CREW NOW USES* www.experianverify.com for all employment verification. Be sure to use access code "3ABC1256" when accessing the website

**WITHHOLDING STATUS**
Location: NY
Primary Residence: NY
Resident State Filing Status - Single/0
Federal Filing Status - Single/married Filing Separately

Controlling Employer: SUNDAY PRODUCTIONS LLC
3960 WILSHIRE BLVD
LOS ANGELES, CA 90010

Dates worked: 3/30-31 4/1-3/2026
Pay period: 03/29 - 04/04/2026

EARNINGS

PROPERTY PERSON - OPERATORS IATSE 52 52MPIP

| Project | Week End | Invoice# |
|---|---|---|
| SUNDAY AKA THE EXORCIST: MARTYRS (1) | 04/04/2026 | 26375527 |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Straight | 40.00 | 56.025 | 2,241.00 |
| Time & One-half | 11.20 | 84.038 | 941.23 |
| Double Time | 2.00 | 112.050 | 224.10 |
| Gold @ 2.5 | 0.50 | 140.063 | 70.03 |
| Meal Pen. | | | 70.00 |
| Total: | 53.70 | | 3,546.36 |

Total Hours Worked: 53.70H

TAXES/WITHHOLDING

| Description | Amount | YTD |
|---|---|---|
| FICA | 219.87 | 603.31 |
| Medicare | 51.42 | 141.10 |
| FWT | 644.34 | 1,310.45 |
| NJ FLI | 0.00 | 2.35 |
| NJ OST | 0.00 | 2.72 |
| NJ OST2 | 0.00 | 0.30 |
| NJ SDI | 0.00 | 1.64 |
| NJ SWT | 0.00 | 11.90 |
| NY OST | 0.48 | 1.92 |
| NY PFL | 13.76 | 34.99 |
| NY SWT | 209.85 | 473.82 |

Total Taxes/Withholding: 1,139.72

DEDUCTIONS

| Description | Amount | YTD |
|---|---|---|
| 401K L52 | 0.00 | 460.02 |
| 52 Wkdues | 88.66 | 240.89 |

Total Deductions: 88.66

VACATION ACCRUAL - INFO ONLY

| Description | Amount |
|---|---|
| Vacation Accrual | 67.23 |

****************************************
************* DIRECT DEPOSIT *************
****************************************

| | |
|---|---|
| Gross Wages: | 3,546.36 |
| Taxes: | 1,139.72 |
| Deductions: | 88.66 |
| Net Wages: | 2,317.98 |

| Account Number | ABA Number | Amount |
|---|---|---|
| ******2634 | 2*******4 | 115.90 |
| ******2794 | 2*******4 | 2,202.08 |

| | |
|---|---|
| Sick Hours Available: | 2.22 |
| Total Sick Hours Accrued: | 2.22 |
| Sick Hours Accrued this Pay Period: | 1.79 |

YTD Gross: 9,730.89

Seq #2600848705 Run #26223003 Ref #1775706326

30 - LISA CALHOUN - WALKER / GBDC#530.2024.06837

**SUNDAY PRODUCTIONS LLC**

**SUNDAY AKA THE EXORCIST: MARTYRS**

# Lisa Calhoun-walker

calhl728@newschool.edu

| WEEK ENDING | PRODUCTION WORK WEEK | OCCUPATION CODE | COUNTRY | STATE | CITY | UNION |
|---|---|---|---|---|---|---|
| 04-04-2026 | Monday - Friday | 2653 - PROPERTY PERSON - OPERATORS | -- | New York | New York City | IATSE 52 - IANBF - STUDIO MECHANICS |

| DAY | | DAY TYPE | CALL | FIRST MEAL OUT | FIRST MEAL IN | LAST MAN IN | WRAP | RERATE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| Monday | 03/30/26 | WORK | 5:00 AM | 12:00 PM | 12:30 PM | 1:00 PM | 8:00 PM | -- | -- |
| Tuesday | 03/31/26 | WORK | 8:00 AM | 1:30 PM | 2:00 PM | | 4:30 PM | -- | -- |
| Wednesday | 04/01/26 | WORK | 9:30 AM | 3:00 PM | 4:00 PM | 4:12 PM | 9:06 PM | -- | -- |
| Thursday | 04/02/26 | WORK | 12:00 PM | 6:18 PM | 6:48 PM | 7:06 PM | 10:36 PM | -- | -- |
| Friday | 04/03/26 | WORK | 6:30 PM | 12:36 AM | 1:06 AM | 1:30 AM | 5:30 AM | -- | -- |

NET PAY $2,317.98

## Allowances

*Note that allowances input by the employee are subject to approval by the production accountant or unit production manager and may be adjusted pursuant to studio and/or network allowances policies.*

**General notes for 04-04-2026**

Tuesday 03/31/2026

2 dinner penalties

Friday 04/03/2026

2 lunch penalties

Saturday 04/04/2026

Lunch called at 12:32, 1 lunch penalty

31 - LISA CALHOUN-WALKER/EEOC# 530-2024-06837

By Signing this form, I agree that deductions from my earnings may be made to adjust previous overpayments if and when said overpayments may occur.

Lisa Calhoun-walker

04/06/2026
Date

32-USA CALHOUN-WALKER/EEOC# 530.2024.06837

CAST & CREW®
Production Services

2300 W EMPIRE AVE FL5
BURBANK, CA 91504-3350
(818) 860-7756

DATE
04-01-2026
MM DD YYYY

REMIT TO

CALHOUN-WALKER, LISA
223 N CORONA AVE
VALLEY STREAM NY 11580

US USD alp 20:17 PDT 81685/1

Payroll Employer: Cast & Crew Production Services / 2300 W EMPIRE AVE FL5 / BURBANK, CA 91504-3350 / (818) 860-7756 / FEIN# 95-4774804

CALHOUN-WALKER, LISA

| SSN / Tax ID | Check Date | Check Number |
|---|---|---|
| xxx-xx-6567 | 4/1/26 | 2600335960 |

*PLEASE NOTE - CAST & CREW NOW USES* www.experianverify.com for all employment verification. Be sure to use access code "3ABC1256" when accessing the website

WITHHOLDING STATUS
Location: NY
Primary Residence: NY
Resident State Filing Status - Single/0
Federal Filing Status - Single/married Filing Separately

Controlling Employer: SUNDAY PRODUCTIONS LLC
3960 WILSHIRE BLVD
LOS ANGELES, CA 90010

Date worked: 3/25/2026
Pay period: 03/22 - 03/28/2026

EARNINGS

PROPERTY PERSON - OPERATORS IATSE 52 52MPIP

| Project | Week End | Invoice# |
|---|---|---|
| SUNDAY AKA THE EXORCIST: MARTYRS (1) | 03/28/2026 | 26369665 |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Straight | 8.00 | 56.025 | 448.20 |
| Time & One-half | 4.00 | 84.038 | 336.15 |
| Double Time | 0.80 | 112.050 | 89.64 |
| Meal Pen. | | | 305.13 |
| Total: | 12.80 | | 1,179.12 |

Total Hours Worked: 12.80H

Sick Hours Available: 0.43
Total Sick Hours Accrued: 0.43
Sick Hours Accrued this Pay Period: 0.43

YTD Gross: 6,184.53

TAXES/WITHHOLDING

| Description | Amount | YTD |
|---|---|---|
| FICA | 73.11 | 383.44 |
| Medicare | 17.10 | 89.68 |
| FWT | 102.29 | 666.11 |
| NJ FLI | 0.00 | 2.35 |
| NJ OST | 0.00 | 2.72 |
| NJ OST2 | 0.00 | 0.30 |
| NJ SDI | 0.00 | 1.64 |
| NJ SWT | 0.00 | 11.90 |
| NY OST | 0.48 | 1.44 |
| NY PFL | 4.57 | 21.23 |
| NY SWT | 52.82 | 263.97 |
| Total Taxes/Withholding: | 250.37 | |

DEDUCTIONS

| Description | Amount | YTD |
|---|---|---|
| 401K L52 | 0.00 | 460.02 |
| 52 Wkdues | 29.48 | 152.23 |
| Total Deductions: | 29.48 | |

VACATION ACCRUAL - INFO ONLY

| Description | Amount |
|---|---|
| Vacation Accrual | 13.45 |

*****************************************
************* DIRECT DEPOSIT *************
*****************************************

| | |
|---|---|
| Gross Wages: | 1,179.12 |
| Taxes: | 250.37 |
| Deductions: | 29.48 |
| Net Wages: | 899.27 |

| Account Number | ABA Number | Amount |
|---|---|---|
| ******2634 | 2*******4 | 44.96 |
| ******2794 | 2*******4 | 854.31 |

Seq #2600650647 Run #26221268 Ref #1775099828

33 - LISA CALHOUN-WALKER / EEOC # 530.2024.06837

**SUNDAY PRODUCTIONS LLC**

**SUNDAY AKA THE EXORCIST: MARTYRS**

# Lisa Calhoun-walker

calhl728@newschool.edu

| WEEK ENDING | PRODUCTION WORK WEEK | OCCUPATION CODE | COUNTRY | STATE | CITY | UNION |
|---|---|---|---|---|---|---|
| 03-28-2026 | Monday - Friday | 2653 - PROPERTY PERSON - OPERATORS | -- | -- | -- | IATSE 52 - IANBF - STUDIO MECHANICS |

| DAY | | DAY TYPE | CALL | FIRST MEAL OUT | FIRST MEAL IN | LAST MAN IN | WRAP | RERATE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| Wednesday | 03/25/26 | WORK | 2:00 PM | 6:00 PM | 6:30 PM | 6:54 PM | 3:18 AM | -- | -- |

## Allowances

*Note that allowances input by the employee are subject to approval by the production accountant or unit production manager and may be adjusted pursuant to studio and/or network allowances policies.*

**General notes for 03-28-2026**

By Signing this form, I agree that deductions from my earnings may be made to adjust previous overpayments if and when said overpayments may occur.

Lisa Calhoun-walker

04/01/2026
Date

34 - LISA CALHOUN-WALKER/EEOC# 530.2024.06837

CAST & CREW®
Production Services

2300 W EMPIRE AVE FL5
BURBANK, CA 91504-3350
(818) 860-7756

DATE
03-11-2026
MM DD YYYY

REMIT TO

US ISD zip 13:48 PDT 6854173

CALHOUN-WALKER, LISA
223 N CORONA AVE
VALLEY STREAM NY 11580

Payroll Employer: Cast & Crew Production Services / 2300 W EMPIRE AVE FL5 / BURBANK, CA 91504-3350 / (818) 860-7756 / FEIN# 95-4774804

CALHOUN-WALKER, LISA

| SSN / Tax ID | Check Date | Check Number |
|---|---|---|
| xxx-xx-6567 | 3/11/26 | 2600182728 |

*PLEASE NOTE - CAST & CREW NOW USES* www.experianverify.com for all employment verification. Be sure to use access code "3ABC1256" when accessing the website

WITHHOLDING STATUS
Location: NY
Primary Residence: NY
Resident State Filing Status - Single/0
Federal Filing Status - Single/married Filing Separately

Controlling Employer: BLIND FAITH PRODUCTIONS LLC
500 S. BUENA VISTA ST.
MC 3301
BURBANK, CA 91521

Dates worked: 3/2-6/2026
Pay period: 03/01 – 03/07/2026

EARNINGS

SET DRESSER OPERATOR IATSE 52 52MPIP

| Project | Week End | Invoice# |
|---|---|---|
| DAREDEVIL S3 (3) | 03/07/2026 | 26344659 |

DAREDEVIL S3 (Series Code: 391)

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Straight | 40.00 | 55.76 | 2,230.40 |
| Time & One-half | 10.00 | 83.64 | 836.40 |
| Total: | 50.00 | | 3,066.80 |

Total Hours Worked: 50.00H

Sick Hours Available: 2.33
Total Sick Hours Accrued: 2.33
Sick Hours Accrued this Pay Period: 1.67

YTD Gross: 5,005.41

TAXES/WITHHOLDING

| Description | Amount | YTD |
|---|---|---|
| FICA | 190.14 | 310.33 |
| Medicare | 44.47 | 72.58 |
| FWT | 418.84 | 563.82 |
| NJ FLI | 0.00 | 2.35 |
| NJ OST | 0.00 | 2.72 |
| NJ OST2 | 0.00 | 0.30 |
| NJ SDI | 0.00 | 1.64 |
| NJ SWT | 0.00 | 11.90 |
| NY OST | 0.48 | 0.96 |
| NY PFL | 11.90 | 16.66 |
| NY SWT | 143.27 | 211.15 |
| Total Taxes/Withholding: | 809.10 | |

DEDUCTIONS

| Description | Amount | YTD |
|---|---|---|
| 401K L52 | 460.02 | 460.02 |
| 52 Wkdues | 76.67 | 122.75 |
| Total Deductions: | 536.69 | |

VACATION ACCRUAL – INFO ONLY

| Description | Amount |
|---|---|
| Vacation Accrual | 66.91 |

*****************************************
************* DIRECT DEPOSIT *************
*****************************************

| | |
|---|---|
| Gross Wages: | 3,066.80 |
| Taxes: | 809.10 |
| Deductions: | 536.69 |
| Net Wages: | 1,721.01 |

| Account Number | ABA Number | Amount |
|---|---|---|
| ******2634 | 2*******4 | 86.05 |
| ******2794 | 2*******4 | 1,634.96 |

Seq #2600472022 Run #26215010 Ref #1773262130

35 - LISA CALHOUN-WALKER / EEOC# 530.2024.06837

**BLIND FAITH PRODUCTIONS LLC**

**DAREDEVIL S3**

# Lisa Calhoun-walker

calhl728@newschool.edu

| WEEK ENDING | PRODUCTION WORK WEEK | OCCUPATION CODE | COUNTRY | STATE | CITY | UNION |
|---|---|---|---|---|---|---|
| 03-07-2026 | Monday - Friday | 2607 - SET DRESSER OPERATOR | United States | New York | New York City | IATSE 52 - IANBF - STUDIO MECHANICS |

| DAY | | DAY TYPE | CALL | FIRST MEAL OUT | FIRST MEAL IN | WRAP | RERATE | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Monday | 03/02/26 | WORK | 6:00 AM | 12:00 PM | 12:30 PM | 4:30 PM | -- | -- |
| Tuesday | 03/03/26 | WORK | 6:00 AM | 12:00 PM | 12:30 PM | 4:30 PM | -- | -- |
| Wednesday | 03/04/26 | WORK | 6:00 AM | 12:00 PM | 12:30 PM | 4:30 PM | -- | -- |
| Thursday | 03/05/26 | WORK | 6:00 AM | 12:00 PM | 12:30 PM | 4:30 PM | -- | -- |
| Friday | 03/06/26 | WORK | 6:00 AM | 12:00 PM | 12:30 PM | 4:30 PM | -- | -- |

## Allowances

*Note that allowances input by the employee are subject to approval by the production accountant or unit production manager and may be adjusted pursuant to studio and/or network allowances policies.*

**General notes for 03-07-2026**

By Signing this form, I agree that deductions from my earnings may be made to adjust previous overpayments if and when said overpayments may occur.

Lisa Calhoun-walker

03/10/2026
Date

36 - LISA CALHOUN - WALKER/EEOC #530-2024-06837

CAST & CREW®
Production Services

2300 W EMPIRE AVE FL5
BURBANK, CA 91504-3350
(818) 860-7756

DATE
03-04-2026
MM DD YYYY

REMIT TO

CALHOUN-WALKER, LISA
223 N CORONA AVE
VALLEY STREAM NY 11580

US USD slp 11:02 PST 68541/3

Payroll Employer: Cast & Crew Production Services / 2300 W EMPIRE AVE FL5 / BURBANK, CA 91504-3350 / (818) 860-7756 / FEIN# 95-4774804

CALHOUN-WALKER, LISA

| SSN / Tax ID | Check Date | Check Number |
|---|---|---|
| xxx-xx-6567 | 3/4/26 | 2600167920 |

*PLEASE NOTE - CAST & CREW NOW USES* www.experianverify.com for all employment verification. Be sure to use access code "3ABC1256" when accessing the website

WITHHOLDING STATUS
Location: NY
Primary Residence: NY
Resident State Filing Status - Single/0
Federal Filing Status - Single/married Filing Separately

Controlling Employer: BLIND FAITH PRODUCTIONS LLC

500 S. BUENA VISTA ST.
MC 3301
BURBANK, CA 91521

Dates worked: 2/26-27/2026
Pay period: 02/22 - 02/28/2026

EARNINGS

SET DRESSER OPERATOR IATSE 52 52MPIP

| Project | Week End | Invoice# |
|---|---|---|
| DAREDEVIL S3 (3) | 02/28/2026 | 26336263 |

DAREDEVIL S3 (Series Code: 391)

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Straight | 16.00 | 55.76 | 892.16 |
| Time & One-half | 4.00 | 83.64 | 334.56 |
| Total: | 20.00 | | 1,226.72 |

Total Hours Worked: 20.00H

TAXES/WITHHOLDING

| Description | Amount | YTD |
|---|---|---|
| FICA | 76.06 | 115.10 |
| Medicare | 17.79 | 26.92 |
| FWT | 108.61 | 144.98 |
| NJ FLI | 0.00 | 2.08 |
| NJ OST | 0.00 | 2.41 |
| NJ OST2 | 0.00 | 0.27 |
| NJ SDI | 0.00 | 1.45 |
| NJ SWT | 0.00 | 10.67 |
| NY OST | 0.48 | 0.48 |
| NY PFL | 4.76 | 4.76 |
| NY SWT | 55.39 | 67.88 |
| Total Taxes/Withholding: | 263.09 | |

DEDUCTIONS

| Description | Amount | YTD |
|---|---|---|
| 52 Wkdues | 30.67 | 46.08 |

VACATION ACCRUAL - INFO ONLY

| Description | Amount |
|---|---|
| Vacation Accrual | 26.76 |

*************************************
************* DIRECT DEPOSIT *************
*************************************

Gross Wages: 1,226.72
Taxes: 263.09
Deductions: 30.67
Net Wages: 932.96

| Account Number | ABA Number | Amount |
|---|---|---|
| ******2634 | 2*******4 | 46.65 |
| ******2794 | 2*******4 | 886.31 |

Sick Hours Available: 0.67
Total Sick Hours Accrued: 0.67
Sick Hours Accrued this Pay Period: 0.67

YTD Gross: 1,856.45

Seq #2600357531 Run #26213203 Ref #1772650935

37- LISA CALHOUN-WALKER/EEOC# 530-2024-06837

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

08/06/2026

Ms. Lisa M. Calhoun-Walker
223 N. Corona Avenue

VALLEY STREAM, NY 11580

Re: Ms. Lisa M. Calhoun-Walker v. Warner Bros. Discovery, N.A. DBA Home Box Office HBO/ d.b.a. Tasker Productions, LLC
EEOC Charge Number: 530-2024-06837

Dear Ms. Lisa M. Calhoun-Walker:

The EEOC has determined that the agency will not proceed further with its investigation of your charge. EEOC makes no determination about whether further investigation would establish violations of the statute(s). The EEOC has completed the processing of your charge and is issuing to you a Determination and Notice of Rights, which will allow you to pursue your claims further by filing a private lawsuit within ninety (90) days of your receipt of EEOC's official notice of dismissal.

Sincerely,

MICHAEL WOO
Federal Investigator

CC:

1 - LISA CALHOUN-WALKER/ EEOC CHARGE # 530-2024-06837

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/06/2026

**To:** Ms. Lisa M. Calhoun-Walker
223 N. Corona Avenue
VALLEY STREAM, NY 11580

Charge No: 530-2024-06837

EEOC Representative and email: MICHAEL WOO
INVESTIGATOR
MICHAEL.WOO@EEOC.GOV

---

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 530-2024-06837.

On behalf of the Commission,

Digitally Signed By:ARLEAN NIETO
08/06/2026

ARLEAN NIETO
ACTING DISTRICT DIRECTOR

2- LISA CALHOUN-WALKER/EEOC# 530.2024.06837

**Cc:**
Timothy Barbetta
Constangy Brooks Smith and Prophete
45 MAIN ST STE 206
Brooklyn, NY 11201

Diana Nance
1 HEWITT SQ
E Northport, NY 11731

Anjanette Cabrera
Constangy Brooks Smith and Prophete
45 MAIN ST STE 206
Brooklyn, NY 11201

NA NA
10 Campus Blvd
Newtown Sq, PA 19073

Please retain this Notice for your records.

3- LISA CALHOUN- WALKER/EEOC# 530.2024.06837

EEOC No. 530-2024-06837 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

**CHARGE PRESENTED TO:**

EEOC

New York State Division Of Human Rights

**AGENCY CHARGE NO.**

530-2024-06837

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Ms. Lisa M. Calhoun-Walker

Phone No.: (516) 428-5289

Year of Birth: 1965

Mailing Address: 223 N. Corona Avenue

VALLEY STREAM, NY 11580

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Home Box Office HBO/ d.b.a. Tasker Productions, LLC

No. Employees, Members: 501+ Employees

Phone No.:

Mailing Address: 10 Campus Blvd

Newtown Sq, PA 19073, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

**DISCRIMINATION BASED ON:**

Age, Color, Race, Retaliation

**DATE(S) DISCRIMINATION TOOK PLACE**

Earliest: 02/20/2024

Latest: 06/05/2024

**THE PARTICULARS ARE:**

See Attached

Lisa Calhoun-Walker 01-06-2025

4- LISA CALHOUN-WALKER / EEOC# 530.2024.06837

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

01/06/2025

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary________________________________

Printed Name __________________________________

5 - LISA CALHOUN - WALKER / EEOC # 530 · 2024 · 06837

## CP Enclosure with EEOC Form 5 (06/24)

### Privacy Act Statement

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **Form Number/Title/Date.** EEOC Form 5, Charge of Discrimination (09/24).
2. **Authority.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.
3. **Principal Purposes.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.
4. **Routine Uses.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.
5. **Whether Disclosure is Mandatory; Effect of Not Giving Information.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### Notice of Right to Request Substantial Weight Review

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### Notice of Non-Retaliation Requirements

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Lisa Calhoun-Walker 01-06-2025

6-USA CALHOUN-WALKER/EEOC# 530.2024.06837

EEOC Charge # 530-2024-06837

**Complainant Information**
Name: Lisa Calhoun-Walker
Current Address:
223 N. Corona Avenue
Valley Stream, NY 11580
Contact: calhl728@newschool.edu, 516-428-5289

Address living while working at HBO:
1001 North 68 Street # 2nd Floor Philadelphia PA 19151

Age: 60
Race: African-American

Union Membership: IATSE Locals 52/479

**Employer/Respondent Information**
Employer Name: Warner Bros. Discovery, N.A./ d.b.a. HBO/d.b.a Tasker Productions, LLC
Head Quarter Location: 1 Hewitt Square, Ste. 202
East Northport, NY 11731
(516) 615-1661

Work Site Location:
10 Campus Blvd Newtown Square PA 19073

Termination Location:
1 Judy Wat Aston PA 19014

To Whom It May Concern:

I was hired by Susannah McCarthy to work as her KEY (commonly 2nd rate) Truck Person (I was hired at 3rd rate) on the production TASK FORCE in collaboration with Tasker Productions, LLC. We had two conversations on what the role entailed: once before hiring and then on start day February 20, 2024 we revisited the job description once more. During which, and on both occasions, it was explained that the truck was my domain and however I saw fit to organize it was entirely appropriate. During an average day I would be taking props onto and off of the truck where required. Props were to come onto the truck for storage in Episode bins and Character bins, as well as stock, for safekeeping or storing until re-use, and for the purpose of making advance day bins for the following day's/week's schedule depending on how long we were going to be away from the stages. Susannah never mentioned time-keeping but I came to realize, not too long after, that it's pretty standard for the truck person to handle time. Another major area of the truck person's domain is to be in charge of handing out any background props to day players where appropriate and is commonly handled at the truck on most shows, rather than on set. However, this procedure was different, for some reason, and therefore propping was usually done on set instead of on the truck. I was to also help with the set up and breakdown of set every day, which included, but not limited to, a push of equipment from the trucks to set, set up of directors chairs, tents, with heaters and warming blankets where required, etc, and more in general, keep the truck organized, clean and in good working order. The assignment would run roughly 8 months give or take (see attached employment contract for other pertinent details).

Lisa Calhoun-Walker 01-06-2025

7- LISA CALHOUN-WALKER/EEOC# 530-2024-06837

**Supervisors/Key Individuals Involved:**

- **Susannah McCarthy/Local 52 card holder & PA native:** (PropMaster /Main Perpetrator) Our interactions are documented through numerous texts and emails and formal complaints as well as copious notetaking each day an incident occurred in the majority of cases);

- Gabrielle Mahon (UPM) (Never pulled me aside to ask me what was going on, they all colluded with Susannah behind the scenes during this whole ordeal and I was clueless as to what was being said or done about any of my complaints, or me personally. This is the day I was told Cameron Blount would be coming to help me because this was a big show, but in all actuality he was my replacement;

- **Jacob Cavell/Local 52 card holder/distant hire:** (Berated on shoot Day 0 to kick things off, and would occur again on at least two more occasions. He also partnered with Naeem David to confuse me about a major prop for which I have maintained the fake props as evidence RAY WILKINS/LYMAN EVIDENCE BAG);

- **Dana Valez/Local 52 card holder/distant hire:** (Dana Valez made public remarks denigrating my character and abilities in my job performance that were unkind and untrue as well as texting unkind remarks directly to me on more than one occasion which has been documented through formal complaints and texts). Dana Valez, I suspect may have placed Robbies, iPod Shuffle in a bin in the gold room Marked with yellow tape Jeremiah 4/9 of which I have a picture (it is her handwriting). (I had to acquire the habit of looking through everything wherever I was in order to stay abreast of what was really happening and quite frankly it was exhausting to have to operate this way and after hours trying to make sense of it all. The entire experience from Day 0 was horribly unpleasant and I would not wish it on anyone.

- **Jimmy Kelleher/Local 52 card holder?/local hire** (Jimmy made several demeaning remarks about my abilities to perform my job function and consistently tampered with my work products to make me appear incompetent (WATERING CAN/MARCH 13th and BIN OF ISS BEER/MARCH 15th). Somehow his AirTag was tethered to my cellphone late one night at work on remote location an hour away from my lodgings on March 15th)

- Sage Collins/permit local hire PA (Sage consistently put out the wrong director chairs for which I was consistently blamed for. Whenever I had a question she went into a long spiel about being prepared and how you do things. Further, when doing so she spoke to me real slow like I had difficulty understanding what she was saying and then repeating it all 3 to 4 times in a single conversation to make matters worse. Sometimes she was even good at making the conversation go nowhere, while evading a question altogether. Her and Susannah were particularly good at telling you two different things so that if you weren't actively listening you'd pick one of the two opposite actions and possibly get it wrong so you had to always clarify the conversation before walking away to execute; THEY WERE VERY CLEVER AND WELL PRACTICED, IT SEEMS, IN WHAT THEY WERE DOING TO ME.

- **Cameron Blount/Local 52 distant hire** (Participated with trying to trip me up with a set run involving prop Fentanyl Kilos, Wyatt's Blanket – not Teddy Bear – and hiding Emily's backpack in the Vinyl Tape bin, while I was away on vacation. Cameron was pretty standoffish the whole time and I only saw him laugh and smile when he was with other crew members (and certainly never directed toward me – he and Jacob had a blank expression they reserved for me whenever they encountered me) so I'm sure he was briefed on the desired effect their actions should have against me. He fell right in line with it all upon his hire March 25th, at which point Susannah cautioned me in an email against speaking negatively about my co-workers. Cameron Blount told me Jimmy was an idiot one day when we were on the truck together (lol).

- **Naeem David/local 52 permit or card holder?:** (Consistently handed off, or tried to hand off, fake props to me while I was on the truck working and dropped a firearm – solid plug resin on a mostly deserted

Lisa Calhoun-Walker 01-06/2025

8-USA CALHOUN-WALKER/EEOC# 530-2024-06837

road, save for the shooting company – for which I was terminated. Naeem and Cameron were both there to see me off the truck with my personal belongings to add insult to injury)

- Matt Reed/permit local hire PA (Yelled at me at the top of his lungs, crew members were standing there when it happened, I believe he also mis-labeled props and put them in the wrong places on the truck.)

**Nature of the Complaint**

I am filing this charge of discrimination and harassment based on my race (African-American), age (60), and subsequent retaliation commencing a day after my second complaint. I was consistently subjected to a hostile work environment, differential treatment that included, but was not limited to: excessive scrutiny; sabotage to my role as truck person, my work product, and the deliberate undermining of my work performance by knowingly keeping me outside of the information loop; public criticism that undermined my abilities and character; verbal thrashings that were sometimes screamed at by Jacob Cavell, Jimmy Helleher, Sage Collins, and Matt Reed; threatening conduct (Jimmy AirTag situation March 15th); being excluded from the planned gun training (April 15th) and the opportunity to earn additional income by being furloughed as a union member and distant hire over local permit hires and the spreading of malicious rumors which ultimately led up to my wrongful termination in violation of federal, state, and local anti-discrimination laws.

## Key Allegations

1. **Discriminatory Job Classification and Pay**

   - Despite being hired as a "truck person," I was consistently listed as a "Prop Assistant" on call sheets and paid a third-rate salary instead of the appropriate second-rate salary (Initial employment contract, texts and emails can corroborate the forgoing).
   - This incorrect classification and pay discrepancy were likely motivated by bias against my race and age, perpetuating systemic discrimination.

2. **Exclusion from Information Loops**

   - I was systematically excluded from essential team communications critical to my job function and performance.
   - Examples include:
     - Ignored 3 requests over the walkie for inclusion in updates about police uniforms, which I later got blamed for when I was told consistently to stay away from set by Jimmy Helleher, the person Susannah said she tasked with supervising me, in her email to me, Yeni (HR), and Messrs. Gilligan and Woods of Local 52 dated March 15th 2024 @ 5:29PM.
     - Exclusion from numerous discussions and projects involving important props, as well as daily communications regarding advance work. (When we did discuss, quite often, 1 or 2 things would be left out of the discussion, which caused me to be up late at home after hours worrying about the following day on many occasions. I had to call Susannah very late a few times because of it. I had to cover myself in this way because I knew if I didn't that I would be blamed for whatever went wrong regardless of us double-checking everything together like the ISS BEER situation of March 15th, 2024 and it somehow ending up back on the truck, even though Susannah texted us in a group text asking us to all check it together, which we did. By the time March 18th, rolled around I had numerous arguments with co-workers about it not being on the truck. Dana Velez came and found it on the truck. Jimmy was on the truck for most of this day and when I saw him leaving to go to the

Lisa Calhoun-Walker 01-06-2025

9-LISA CALHOUN-WALKER/EEOC#530.2024.06837

truck I noticed he was walking fast and carrying a bin similar to the one the beer was stored in. (My notes show that I asked Susannah about the beer near this time and her text confirms she asked us to do it together and I remember doing it with the group and when doing a quick clean-up of the swing truck this day, I remember seeing the beer bin. Which is why I was insistent that it wasn't on the truck with me later that evening.

3. **Sabotage of Work Performance**

• Props were often misplaced or mislabeled intentionally, in an attempt to undermine my performance, but really just a time-waster because I always caught the errors and I suppose that is why they placed and mis-placed many items because they knew I would catch the mistakes and send a photograph to Susannah to cover myself. Dana Velez made a snarky comment about labeling her props right after I sent proof to Susannah that they weren't doing their jobs properly. (Monday, March 18th, 12:01AM response to Susannah's disciplinary email supports my complaint about Dana's comment)

• For example, a key prop (a hero chain) was deliberately concealed in the gun case and not properly placed or labeled for such items and wrapped up super tight in clear wrap. Susannah later admitted to placing it there by accident (plausible until it kept occurring among people who consistently used the word 'professional' when describing themselves and how I should carry myself, and further, that a reasonable person would be inclined to believe, therefore, that their behaviors were very much intentional and deliberate.

4. **Hostile Work Environment**

• Several team members exhibited hostile/adverse behavior, including public criticism, exclusion from social activities (e.g., Dana's birthday), and aversion/hostility in body language (speaking low, facing away and not making eye contact when communicating – Jimmy and Jacob – and yelling – Jacob, Sage, Jimmy, Matt).

• Supervisors often made degrading remarks (Dana and Jimmy), such as "you're spiraling out of control," "you're in way over your head," and "some people should not have a 52 card."

5. **Retaliation After Complaints**

• After filing complaints through HBO's online portal, I was subjected to intensified scrutiny and fabricated allegations, including counter-claims of exaggerated inappropriate language. The official wording of the claims made by a vague "THEY" stating that I was calling them 'babe' and that "THEY" asked me to stop. It was Jimmy and I was matching his energy – everyone on set had a pet name, that is Jimmy's personality (also can be seen as deferential treatment if the crew participates in this behavior but limits my opportunity to join in as well, and this was very much so the case).

• A sham investigation was conducted, culminating in my wrongful termination under pretextual circumstances.

6. **Pattern of Racial Bias in Hiring Practices**

• My department was predominantly white, with few minorities in core roles.

• Following my 2 complaints, a Black colleague (Naeem David) was hired, seemingly to shield the company from claims of racial discrimination within my department, and he also participated in undermining my performance.

7. **Emotional Distress**

Lisa Calhoun-Walker 01-06-2025

10 - LISA CALHOUN-WALKER/EEOC # 530.2024.06837

- The ongoing harassment and discrimination caused significant stress, depression, and feelings of isolation, and has had great impact on my mental well-being and professional reputation.

**Supporting Evidence**

- A detailed timeline of incidents compiled through personal notetaking on pieces of paper and daily call sheets, shooting orders, and shooting schedules as well as emails, texts, pictures, and physical evidence (Exhibits A–Z) create a full picture of a consistent and sustained campaign directed at me from the very beginning of the show.

- Communication records, including formal complaints through the official Company portal , HR and my union representatives; emails, and text messages shared with other crew members demonstrating exclusion (Gun Class April 15th, never received a reminder or details about time and location – shortly after, and now it all makes sense, Susannah started telling me only certain people go in the gun case (the truck person almost always deals with the gun case short of running set which now usually requires an armorer, since the RUST incident, notwithstanding Susannah's use of the gun case was quite lax and I viewed just about everyone going in the case while being told myself to stay out of it. Jimmy yelled at me one day to go in the case even after I told him Susannah didn't want me in it (documented in formal complaint). I have also retained pieces of physical evidence to support sabotage to work performance RAY WILKINS/LYMAN evidence bag, Susannah's CINERGY "cheat sheet", a vital document for performing my job as a KEY truck person was withheld from me for almost a full month of shooting.

- Testimonies from other minority employees about Susannah McCarthy's hostile behavior toward black people.

- I asked Naeem David on the truck if Susannah McCarthy had ever employed him as core and he told me no. I told him that it was surprising considering how wonderful she thought he was. Susannah made it a point to say this to me when he arrived to work with us. He said he didn't care he just stayed in his lane.

- The parking guys (usually African-American) asked me about Susannah one day: They wanted to know if that was who I worked for – I had confided in them that I was having some difficulties in my role and felt that it was because I was black. They told me Susannah said to them they better ask about her and to leave her alone about where she was parking her car – **she threatened them too with retaliation when they were just trying to do the job they were hired to do.**

**Resolution Sought**

I seek the following remedies:

- Full compensation for lost wages, including corrected pay for the role I was hired to perform. Compensation for the lease I had to break when vacating earlier than planned.

- Damages for emotional distress and harm to my professional reputation.

- Full public apology from all parties involved and an explanation as to how they went about discussing and carrying out their schemes against me (much in the same way that a convicted felon has to admit to his/her part in a crime by giving a statement.) and in doing so, Warner Bros. Discovery and its partners and affiliates can become that much stronger in their efforts to combat such liabilities that could potentially hurt their bottom line.

- A thorough and unbiased investigation and accounting into the discriminatory practices within HBO/Warner Bros Discovery's production teams as it relates to my particular situation. In other words, I'd

Lisa Calhoun-Walker 01-06-2025

11 - USA CALHOUN - WALKER / EEOC# 530-2024-06837

like a full reporting of how my complaints were handled as I still find it hard to believe in 2024 that this can still take place.

12-LISA CALHOUN-WALKER/EEOC#530-2024-06837

Lisa Calhoun-Walker 01-06-2025

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

# DESIGNATION FORM

*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 30 WEST 141 ST STREET #3P, NEW YORK, N.Y. 10037

Address of Defendant: TASKER PRODUCTIONS, LLC, 10 CAMPUS BLVD., NEWTOWN SQ, PA 19073 C/O DIANE NANCE - 1 HEWITT SQ, E. NORTHPORT NEW YORK, N.Y. 11731

Place of Accident, Incident or Transaction: VARIOUS LOCATIONS AROUND THE PA AREA.

***RELATED CASE, IF ANY:***

Case Number: N/A  Judge: ______  Date Terminated: ______

Civil cases are deemed related when ***Yes*** is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? Yes ☐ No ☐
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? Yes ☐ No ☐
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court? Yes ☐ No ☐
4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? Yes ☐ No ☐

I certify that, to my knowledge, the within case ☐ **is** / ☒ **is not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: NOVEMBER 02, 2026 — Lisa Calhoun-Walker (signature)
*Attorney-at-Law / Pro Se Plaintiff* — *Attorney I.D. # (if applicable)*

**CIVIL: (Place a √ in one category only)**

***A. Federal Question Cases:***

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☒ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases *(Please specify):* ______

***B. Diversity Jurisdiction Cases:***

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* ______
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases *(Please specify):* ______

**ARBITRATION CERTIFICATION**

*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, LISA CALHOUN-WALKER, counsel of record *or* pro se plaintiff, do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: NOVEMBER 02, 2026 — Lisa Calhoun-Walker (signature)
*Attorney-at-Law / Pro Se Plaintiff* — *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

53-USA-CALHOUN-WALKER/EEOC# 530.2024.06837

Civ. 609 (5/2018)